NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

YISSA EMANUEL,                    )
                                  )
      Appellant,             )
                                  )
v.                                )       Case No. 2D19-774
                                  )
STATE OF FLORIDA,                 )
                                  )
      Appellee.              )
_____)

Opinion filed October 2, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; Mark F. Carpanini,
Judge.


PER CURIAM.

      Affirmed.  See § 938.30, Fla. Stat. (2018).


KELLY, MORRIS, and BADALAMENTI, JJ., Concur.